UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARPREET SINGH, | No. 2:22-cv-02284-DJC-AC |
| Plaintiff, | |
| v. | ORDER |
| EMILIA BARDINI, | |
| Defendants. | |

On February 28, 2023, Defendants filed a Motion to Dismiss. (ECF No. 6.) Pursuant to Local Rules for this district, the deadline for Plaintiff to file an opposition or statement of non-opposition was fourteen days after the Motion to Dismiss was filed. L.R. 230(c); *see also* Fed. R. Civ. P. 78. Fourteen days passed and Plaintiff failed to file an opposition, statement of non-opposition, or a request for an extension of time to do so. Subsequently, the Court ordered Plaintiff to show cause why Plaintiff's failure to timely oppose should not be treated as construed by the Court as a non-opposition to the motion and why this action should not be dismissed for failure to prosecute. (ECF No. 12.) The Court directed Plaintiff to file a response in writing within seven days of the Court's order. (*Id.*)

More than seven days have passed and Plaintiff has not filed a response to the Court's Order to Show Cause, requested an extension of time, or otherwise
////

1

responded to the Court's orders.  As such, the Court will dismiss this action for failure to prosecute and failure to comply with court orders.

Accordingly, IT IS HEREBY ORDERED that this action is DISMISSED without prejudice for failure to prosecute and failure to comply with court orders.  <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).  This order resolves ECF No. 6.

IT IS SO ORDERED.

Dated:  **April 21, 2023**

*Daniel J. Calabretta*
Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

2